UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; MAVERICK RECORDING COMPANY, a California joint venture; and ARISTA RECORDS LLC, a Delaware limited liability company,<br><br>          Plaintiffs,<br><br>v.<br><br>DENISE AMBRUSO,<br><br>          Defendant. | CIVIL ACTION NO. 3:06-cv-00945-PCD<br><br>November 1, 2006 |

## [PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Motion for Default Judgment, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1. Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Six Thousand Dollars ($6,000.00).

2. Defendant shall pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($420.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Like a Virgin," on album "Like a Virgin," by artist "Madonna" (SR# 59-442);
- "Heart of Glass," on album "Parallel Lines," by artist "Blondie" (SR# 4-090);
- "Hungry Like the Wolf," on album "Rio," by artist "Duran Duran" (SR# 38-444);
- "Smooth Criminal," on album "Bad," by artist "Michael Jackson" (SR# 84-256);
- "Heal The World," on album "Dangerous," by artist "Michael Jackson" (SR# 178-165);
- "Billie Jean," on album "Thriller," by artist "Michael Jackson" (SR# 41-965);
- "Goodbye to You," on album "The Spirit Room," by artist "Michelle Branch" (SR# 303-732);
- "Complicated," on album "Let Go," by artist "Avril Lavigne" (SR# 312-786);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization

and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: _November 14, 2006_      By: _____
                                    Hon. Peter C. Dorsey
                                    United States District Judge